**Electronically Filed**
**Supreme Court**
**SCWC-12-0000711**
**05-AUG-2013**
**02:20 PM**

SCWC-12-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawaiʻi corporation, Respondent/Plaintiff-Appellee,

vs.

MICHAEL J. SZYMANSKI, Petitioner/Defendant,
Cross-Claimant, Third-Party Plaintiff, Third-Party Counterclaim
Defendant-Appellant,

and

WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Respondent/Defendant, Cross-Claim Defendant-Appellee,

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi corporation,
and SHINWA GOLF HAWAIʻI CO., LTD., a Hawaiʻi corporation,
Respondents/Third-Party Defendants,
Third-Party Counterclaimants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000711; CIV. NO. 02-1-0352(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, McKenna, and Pollack, JJ., and Circuit Judge
Wilson, in place of Recktenwald, C.J., recused,
with Nakayama, Acting C.J., dissenting)

The application for a writ of certiorari, filed on

June 24, 2013, is hereby accepted.

No oral argument will be heard in the case. Any party

may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi

Rules of Appellate Procedure, move for retention of oral

argument.

DATED: Honolulu, Hawai‘i, August 5, 2013.

Keith M. Kiuchi
for petitioner

Bruce H. Wakuzawa
for respondent

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

